IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ERIN ANDERSON,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | 5:15-CV-272 (CAR) |
| | : | |
| **ACADEMY LTD. D/B/A ACADEMY SPORTS + OUTDOORS,** | : | |
| | : | |
| **Defendant.** | : | |
| _____ | : | |

**ORDER ON JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AGREEMENT**

Currently before the Court is the parties' Joint Motion for Approval of FLSA Settlement [Doc. 11]. Plaintiff filed this suit under the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA"), and as such, any settlement must be approved by this Court.[1] In this Motion, the parties submit that they have reached a Settlement Agreement and request that the Court approve the settlement and dismiss the case with prejudice. The parties attest to the fairness and reasonableness of their settlement, having agreed to the terms of the settlement after they were counseled by their respective attorneys who

---

[1] *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982).

1

represented them throughout this action.  Having duly considered the matter, the Court concludes that the parties' Motion [Doc. 11] should be **GRANTED**.  The Court hereby approves the parties' Settlement Agreement and **DISMISSES** this case **with prejudice**.

    **SO ORDERED** this 23rd day of December, 2015.

                                  S/ C. Ashley Royal_____
                                  C. ASHLEY ROYAL
                                  UNITED STATES DISTRICT JUDGE